IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| DAVID BRYAN BALLARD,<br><br>        Plaintiff,<br><br>v.<br><br>KEN ANDERSON et al.,<br><br>        Defendants. | **MEMORANDUM DECISION<br>& ORDER AFTER TENTH<br>CIRCUIT'S REMAND ORDER**<br><br>Case No. 2:19-CV-306 DAK<br><br>District Judge Dale A. Kimball |

The United States Court of Appeals for the Tenth Circuit remanded this case "for entry of an order dismissing the case without prejudice for improper venue." *Ballard v. Anderson*, No. 21-4017 (10th Cir. June 25, 2021).

**IT IS THEREFORE ORDERED** that--for improper venue--this case is **DISMISSED** without prejudice.

DATED this 19th day of July, 2021.

BY THE COURT:

_____
DALE A. KIMBALL
United States District Judge